# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:  
HOT'N NOW

CASE NO.04-00505-swd  
CHAPTER 7  
HON. SCOTT W. DALES

**Debtor(s)**

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $29,725.70 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC δ 347(a). I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Last Known Creditor Address | Claim No. | Amount of Dividend |
|---|---|---|---|
| Kacey Haag | 517 Century Ln. #4<br>Holland, MI 49423 | 188 | $806.85  001A |
| Thomas Moore | 275 Taft Ct., Apt. C11<br>Battle Creek, MI 49014 | 229 | 419.59  002A |
| Amber Rodriguez | 129 E. 16th Street<br>Holland, MI 49423 | 273 | 454.40  003A |
| Dalissa J. Jones | 1411 Concord Place<br>Apt. 1-C<br>Kalamazoo, MI 49009 | 222 | 241.98  004A |
| Martin Hook | 710 N.14th Street<br>Lafayette, IN 47905 | 114 | 710.23  005A |
| Sabrina Whitt | 220 Butternut Dr., Apt. A<br>Charlotte, MI 48813 | | 496.68  006A |

1

| Name | Address | | Amount | |
|---|---|---|---|---|
| Amy Wilson | 33 S. 24th Street<br>Battle Creek, MI 49015 | 219 | 369.18 | 007A |
| Robert Tunnell | 1449 Fremont<br>Grand Rapids, MI 49504 | 296<br>161 | 264.63<br>+ 264.63<br>= 529.26 | 008A |
| Miek Zank | 700 Spring, Apt. 4<br>Olivet, MI 49076 | | 322.72 | 009A |
| Susan J. Houvener | 5239 Bonte<br>Portage, MI 49002 | 196 | 1,329.05 | 010A |
| Raul Marrero | 100 50th St., SW<br>Wyoming, MI 49548 | 175 | 933.76 | 011A |
| Frank Booth | 1915 Bayou Ct., NE<br>Grand rapids, MI 49505 | 307 | 1,960.64 | 012A |
| Michael Joel Naber | 44 ½ S. Division Apt. 68<br>Grand rapids, MI 49503 | 2 | 612.70 | 013A |
| Kaitlin Simon | 712 Rockbluff<br>Comstock Park, MI 49321 | 267 | 198.82 | 014A |
| Catherine J. Davis | 2017 Elkerton<br>Kalamazoo, MI 49048 | 128 | 328.13 | 015A |
| Mickey Eickhoff | 1302 E. Main, Unit 2<br>Kalamazoo, MI 49048 | 193 | 211.16 | 016A |
| Nicole Williams | 284 E. Michigan<br>Galesburg, MI 49053 | | 591.81 | 017A |
| Susie A. Beene | 703 Bordeaux<br>Plainwell, MI 49080 | 277 | 426.44 | 018A |
| Lance M. Hostetler | 555 Lyon St., NE, Apt 1<br>Grand Rapids, MI 49503-5709 | 297 | 382.33 | 019A |
| Christine Burns | 416 W. Trail<br>Jackson, MI 49201 | 119 | 511.15 | 020A |
| Kerrie Spangler | 428 W. Trail Street<br>Jackson, MI 49201 | 120 | 313.70 | 021A |

| | | | |
|---|---|---|---|
| Francisco Navarro | 1195 Mt. Royal Dr. Kalamazoo, MI 49009 | 176 | 66.34  022A |
| Amanda Ellis | 2124 Luella St. Kalamazoo, MI 19001 | 195 | 392.13  023A |
| Michelle Robbins | 160 ½ S. Cedar Street Lansing, MI 48910 | 347 | 588.19  024A |
| Sandra K. Barrett | 1013 N. Pennsylvania Ave. Lansing, MI 48906 | 215 | 582.31  025A |
| Elsa N. Guzman | 4850 Breton Rd., #E-2 Kentwood, MI 49508 | 181 | 1,221.43  026A |
| Felicia M. Bothof | 827 Reachers Mill RD. Apt. 1004 Clarksville, TN 37042 | 172 | 796.81  027A |
| Amanda Beals | 204 A. Butternut Dr. Charlotte, MI 48813 | 337 | 167.79  028A |
| Inez A. Navarro | 1195 Mount Royal Dr. Kalamazoo, MI 49009 | 178 | 321.36  029A |
| Chad Nordman | 8204 Bruning St. Portage, MI 49002 | 102 | 140.02  030A |
| Lisa Januska | 4335 Timber Ridge Trk #3 Wyoming, MI 49509 | 261 | 309.39  031A |
| Kristopher Ramsey | 3831 Yorkland Dr., #9 Comstock Park, MI 49321 | 155 | 189.94  032A |
| Tima L. Caldwell | 3831 Yorkland Dr. Apt. 9 Comstock Park, MI 49321 | 156 | 64.40  033A |
| Mandy Morse | 33 Live Oak Drive Coopersville, MI 49404 | 4 | 3,228.36  034A |
| Matt S. Wiseman | 364 Clay St. Sparta, MI 49345 | 159 | 833.27  035A |
| David Allen Hodges | 2429 Kinglet Ct. Lansing, MI 48911 | 30 | 2,985.32  036A |

| Name | Address | | Amount | |
|---|---|---|---|---|
| James L. Lord | 1311 Washington<br>Kalamazoo, MI 49001 | 134 | $277.11 | 037A |
| Eugene Brabon | 1105 Reed Street<br>Kalamazoo, MI 49002 | 125 | 548.10 | 038A |
| Dexton McConico | 1118 Hayes Park<br>Kalamazoo, MI 49001 | 129 | 350.73 | 039A |
| Stephanie Cox | 2873 Barton Beach Rd.<br>Lafayette, IN 47905 | 142 | 407.56 | 040A |
| Wendell Ratliff | 42480 Alpine Horn Dr. #9<br>Comstock Park, MI 49321 | 154 | 111.96 | 041A |
| Roger Ball | 4230 Norman Dr., SE #3<br>Grand rapids, MI 49508 | 171 | 343.85 | 042A |
| Janis K. Jachim | 1668 W. Long Lake Rd.<br>Traverse City, MI 49684 | 213 | 591.57 | 043A |
| Erica Lee | 2806 Montego Dr.<br>Lansing, MI 48912 | 228 | 129.40 | 044A |
| Luz E. Malave | 2437 ½ South Division<br>Grand Rapids, MI 49507 | 251 | 627.14 | 045A |
| Diane Mushatt | 1703 Robertson Street<br>Lansing MI 48915 | 283 | 535.26 | 046A |
| Deandre Jackson | 6264 Cooper Rd.<br>Lansing, MI 48911 | 308 | 196.06 | 047A |
| Mario Martinez | 209 West Third Street<br>Charlotte, MI 48813 | 319 | 214.45 | 048A |
| Tyler May | 10071 Nashville HWY.<br>Vermontville, MI 49096 | 330 | 146.32 | 049A |
| Nicole Butler | 441 S. Cochran Ave., Apt.1<br>Charlotte, MI 48813 | 339 | 201.81 | 050A |
| Trenda Charles | 13862 Westood Ln. #7<br>Holland, MI 49424 | 354 | 603.88 | 051A |
| Guy Hamilton | NO ADDRESS AVAILABLE | | 172.59 | 052A |

| | | |
|---|---|---|
| Melissa Phillips | NO ADDRESS AVAILABLE | $124.10  053A |
| Lawrence Sykes | 210 OLD ORCHARD PL APT 5<br>KALAMAZOO MI 49001 | 106.17  054A |

Dated: October 13, 2009

_____
Rose E. Bareham, Trustee

---

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 238250      -- KD

October 21, 2009
14:21:47

**UNCLAIMED FUNDS**
04-00505

Debtor.: HOT 'N NOW, LLC
Judge..: Jeffery R. Hughes
Trustee: ROSE BAREHAM
Amount.:              $29,725.70 CH
Check#.: 486

Total-> $29,725.70

FROM: ROSE BAREHAM

5